Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>A&S- STORE, AIZHU STORE, ALBERTA STORE, ANTING-GOLDEN PRODUCT STORE, ANTI-THEFT STORE, B&C GLASSES STORE, BIGTEACHER STORE, CBU STORE, CNEMAI STORE, CRIXALIS ACCESSORIES STORE, CYZY STORE, DEXING JINZHU IMPORT AND EXPORT CO,LTD, DEXING LANGYADE TRADING CO., LTD., DEXING XIANGXING WEIYE WEAVING CO., LTD., DONGGUAN DUOCAI TOYS FITTING CO., LTD., FRIENDS PARTY STORE, FUJIAN LOUMEI TECHNOLOGY CO., LTD., FUZHOU JOINED IMPORT & EXPORT CO., LTD., FUZHOU OULILANG TRADING CO., LTD., FUZHOU SHENZHOU TONGGANG TECHNOLOGY CO., LTD., FUZHOU XIANGXING TEXTILE CO., LTD., GUANGDONG XINGHE INTERNATIONAL TRADE CO., LTD., | 22-cv-2869 (PAE)<br><br>[PROPOSED]<br>UNSEALING ORDER |

GUANGZHOU SANTA CRAFT GIFTS CO., LTD., HEBEI DUIFENG TECHNOLOGY CO., LTD., IANR ACCESSORIES STORE, LANSHOP STORE, LILIBETH&DANJAL OFFICIAL STORE, MANYFUN STORE, PALINDA OFFICIAL STORE, PGL STORE STORE, QINGFANG STORE, QUANZHOU BIG CHESTNUT ELECTRONIC COMMERCE CO., LTD., QUANZHOU REDAIBULUO TRADE CO., LTD., ROSEMARY ACCESSORIES STORE, SARACOCO OFFICIAL STORE, SHENZHEN FU DA RUI TRADING CO., LTD., SHENZHEN HL CO., LTD., SHENZHEN HUIBOXIN ELECTRONICS CO., LTD., SHENZHEN HUWANG SILICONE RUBBER PRODUCTS CO., LTD., SHENZHEN SHUNTUOXIN ELECTRONICS TECHNOLOGY CO., LTD., SHENZHEN WEIEN TECH CO., LTD., SHENZHEN XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD., SHENZHEN YI MING SHANG INDUSTRIAL DEVELOPMENT CO., LTD., SHIJIAZHUANG ZHUIXIN TRADING CO., LTD., SHOP5371341 STORE, SHOP910564282 STORE, STH-SU STORE, SUNGLASSES EXPERT STORE, TCGAD OFFICIAL STORE, TEGAOTE BAGS STORE, TLZW FIGURES STORE, TOYS COLLECTION STORE, TRENDY TODAY STORE, TY BEANIE STORE, UPPER FORWARD HEALTHY STORE, WENVVEN STORE, WUXI PROSPECTCROWN INTERNATIONAL TRADE CO., LTD., XJMIGO STORE, YIWU JINGSHENG CRAFTS CO., LTD., YIWU QIRUI COMMODITY FACTORY, YIWU XINGSHENG TRADING CO., LTD., YUEQING OUYUE FOREIGN TRADE CO., LTD., ZANE STORE, ZHENGZHOU BLACKWELL CLOTHING CO., LTD., ZHONGHAI2 STORE and ZXY1164 STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 4th day of May, 2022, at 9:45 a.m.
New York, New York

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

1