Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>A&S- STORE, AIZHU STORE, ALBERTA STORE, ANTINGGOLDEN PRODUCT STORE, ANTI-THEFT STORE, B&C GLASSES STORE, BIGTEACHER STORE, CBU STORE, CNEMAI STORE, CRIXALIS ACCESSORIES STORE, CYZY STORE, DEXING JINZHU IMPORT AND EXPORT CO,LTD, DEXING LANGYADE TRADING CO., LTD., DEXING XIANGXING WEIYE WEAVING CO., LTD., DONGGUAN DUOCAI TOYS FITTING CO., LTD., FRIENDS PARTY STORE, FUJIAN LOUMEI TECHNOLOGY CO., LTD., FUZHOU JOINED IMPORT & EXPORT CO., LTD., FUZHOU OULILANG TRADING CO., LTD., FUZHOU SHENZHOU TONGGANG TECHNOLOGY CO., LTD., FUZHOU XIANGXING TEXTILE CO., LTD., GUANGDONG XINGHE INTERNATIONAL TRADE CO., LTD., GUANGZHOU SANTA CRAFT GIFTS CO., LTD., HEBEI DUIFENG TECHNOLOGY CO., LTD., IANR ACCESSORIES STORE, LANSHOP STORE, LILIBETH&DANJAL OFFICIAL STORE, MANYFUN STORE, PALINDA OFFICIAL STORE, PGL STORE STORE, QINGFANG STORE, QUANZHOU BIG CHESTNUT ELECTRONIC COMMERCE CO., LTD., QUANZHOU REDAIBULUO TRADE CO., LTD., ROSEMARY ACCESSORIES STORE, SARACOCO OFFICIAL STORE, SHENZHEN | **CIVIL ACTION NO.:**<br>**22-cv-2869 (PAE)(BCM)**<br><br><br>**ORDER** |

FU DA RUI TRADING CO., LTD., SHENZHEN HL CO., LTD., SHENZHEN HUIBOXIN ELECTRONICS CO., LTD., SHENZHEN HUWANG SILICONE RUBBER PRODUCTS CO., LTD., SHENZHEN SHUNTUOXIN ELECTRONICS TECHNOLOGY CO., LTD., SHENZHEN WEIEN TECH CO., LTD., SHENZHEN XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD., SHENZHEN YI MING SHANG INDUSTRIAL DEVELOPMENT CO., LTD., SHIJIAZHUANG ZHUIXIN TRADING CO., LTD., SHOP5371341 STORE, SHOP910564282 STORE, STH-SU STORE, SUNGLASSES EXPERT STORE, TCGAD OFFICIAL STORE, TEGAOTE BAGS STORE, TLZW FIGURES STORE, TOYS COLLECTION STORE, TRENDY TODAY STORE, TY BEANIE STORE, UPPER FORWARD HEALTHY STORE, WENVVEN STORE, WUXI PROSPECTCROWN INTERNATIONAL TRADE CO., LTD., XJMIGO STORE, YIWU JINGSHENG CRAFTS CO., LTD., YIWU QIRUI COMMODITY FACTORY, YIWU XINGSHENG TRADING CO., LTD., YUEQING OUYUE FOREIGN TRADE CO., LTD., ZANE STORE, ZHENGZHOU BLACKWELL CLOTHING CO., LTD., ZHONGHAI2 STORE and ZXY1164 STORE,

*Defendants*

It is hereby ORDERED that within fourteen (14) days of receipt of service of this Order, the Third Party Service Providers shall provide to Plaintiff's counsel all documents and records in its possession, custody or control (whether located in the U.S. or abroad) relating to Defendants Alberta Store, AntingGolden Product Store, Anti-Theft Store, bigteacher Store, CRIXALIS Accessories Store, CYZY Store, Dexing Jinzhu Import and Export Co,LTD, Dexing Langyade Trading Co., Ltd., Dongguan Duocai Toys Fitting Co., Ltd., Friends party Store, Fujian Loumei Technology Co., Ltd., Fuzhou Joined Import & Export Co., Ltd., Fuzhou Oulilang Trading Co., Ltd., Fuzhou Shenzhou Tonggang Technology Co., Ltd., Fuzhou Xiangxing Textile Co., Ltd., Guangdong Xinghe International Trade Co., Ltd., Hebei Duifeng Technology Co., Ltd. Lanshop Store, PALINDA Official Store, Quanzhou Big Chestnut Electronic Commerce Co., Ltd., Quanzhou Redaibuluo Trade Co., Ltd., Rosemary Accessories Store, SARACOCO Official Store, Shenzhen Fu Da Rui Trading Co., Ltd., Shenzhen Huiboxin Electronics Co., Ltd., Shenzhen Huwang Silicone Rubber Products Co., Ltd., Shenzhen Shuntuoxin Electronics Technology Co., Ltd., Shenzhen Weien Tech Co., Ltd., Shenzhen Xiangxing Weiye Industry And Trade Co., Ltd., Shenzhen Yi Ming Shang Industrial Development Co., Ltd., Shijiazhuang Zhuixin Trading Co., Ltd., Shop910564282 Store, STHSU Store, Sunglasses Expert Store, TEGAOTE bags Store, TLZW Figures Store, Trendy Today Store, Upper Forward Healthy Store, WenVVen Store, Wuxi Prospectcrown International Trade Co., Ltd., XJMIGO Store, Yiwu Jingsheng Crafts Co., Ltd., Yiwu Qirui Commodity Factory, Yiwu Xingsheng Trading Co., Ltd., Yueqing Ouyue Foreign Trade Co., Ltd., Zhengzhou Blackwell Clothing Co., Ltd., zhonghai2 Store and zxy1164 Store's ("Remaining Defaulting Defendants") User Accounts and Remaining Defaulting Defendants' Merchant Storefronts, including, but not limited to, documents and records relating to:

1

1. a full accounting of Remaining Defaulting Defendants' sales history of Counterfeit Products to consumers located in New York under such accounts associated with Remaining Defaulting Defendants' User Accounts and Remaining Defaulting Defendants' Merchant Storefronts; and

2. Remaining Defaulting Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling of Counterfeit Products, or any other products bearing the Off-White Marks and/or marks that are confusingly similar to, identical to and constitute an infringement of the Off-White Marks.

SIGNED this _20th_ day of _January_, 2026, at _3_ _p_.m.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
UNITED STATES MAGISTRATE JUDGE

2