**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
OFF-WHITE LLC,

Plaintiff,

-against-

22 **CIVIL** 2869 (PAE)(BCM)

**JUDGMENT**

A&S STORE, et al.,

Defendants.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 16, 2026, the Court has granted the award to Off-White of $2,325,000 million in statutory damages under the Lanham Act. Off-White is also entitled to post-judgment interest on this judgment amount. Additionally, the Court has adopted Judge Moses's recommendation that Off-White be permitted to execute on and enforce the Court's judgment immediately; accordingly, the case is closed.

**Dated:** New York, New York

September 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**