Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

*Plaintiff*

v.

A&S- STORE, AIZHU STORE, ALBERTA STORE, ANTINGGOLDEN PRODUCT STORE, ANTI-THEFT STORE, B&C GLASSES STORE, BIGTEACHER STORE, CBU STORE, CNEMAI STORE, CRIXALIS ACCESSORIES STORE, CYZY STORE, DEXING JINZHU IMPORT AND EXPORT CO,LTD, DEXING LANGYADE TRADING CO., LTD., DEXING XIANGXING WEIYE WEAVING CO., LTD., DONGGUAN DUOCAI TOYS FITTING CO., LTD., FRIENDS PARTY STORE, FUJIAN LOUMEI TECHNOLOGY CO., LTD., FUZHOU JOINED IMPORT & EXPORT CO., LTD., FUZHOU OULILANG TRADING CO., LTD., FUZHOU SHENZHOU TONGGANG TECHNOLOGY CO., LTD., FUZHOU XIANGXING TEXTILE CO., LTD., GUANGDONG XINGHE INTERNATIONAL TRADE CO., LTD., GUANGZHOU SANTA CRAFT GIFTS CO., LTD., HEBEI DUIFENG TECHNOLOGY CO., LTD., IANR ACCESSORIES STORE, LANSHOP STORE, LILIBETH&DANJAL OFFICIAL STORE, MANYFUN STORE, PALINDA OFFICIAL STORE, PGL STORE STORE, QINGFANG STORE, QUANZHOU BIG CHESTNUT

**CIVIL CASE NO. 22-cv-2869 (PAE)(BCM)**

**ORDER FOR RETURN OF SECURITY BOND**

ELECTRONIC COMMERCE CO., LTD., QUANZHOU REDAIBULUO TRADE CO., LTD., ROSEMARY ACCESSORIES STORE, SARACOCO OFFICIAL STORE, SHENZHEN FU DA RUI TRADING CO., LTD., SHENZHEN HL CO., LTD., SHENZHEN HUIBOXIN ELECTRONICS CO., LTD., SHENZHEN HUWANG SILICONE RUBBER PRODUCTS CO., LTD., SHENZHEN SHUNTUOXIN ELECTRONICS TECHNOLOGY CO., LTD., SHENZHEN WEIEN TECH CO., LTD., SHENZHEN XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD., SHENZHEN YI MING SHANG INDUSTRIAL DEVELOPMENT CO., LTD., SHIJIAZHUANG ZHUIXIN TRADING CO., LTD., SHOP5371341 STORE, SHOP910564282 STORE, STH-SU STORE, SUNGLASSES EXPERT STORE, TCGAD OFFICIAL STORE, TEGAOTE BAGS STORE, TLZW FIGURES STORE, TOYS COLLECTION STORE, TRENDY TODAY STORE, TY BEANIE STORE, UPPER FORWARD HEALTHY STORE, WENVVEN STORE, WUXI PROSPECTCROWN INTERNATIONAL TRADE CO., LTD., XJMIGO STORE, YIWU JINGSHENG CRAFTS CO., LTD., YIWU QIRUI COMMODITY FACTORY, YIWU XINGSHENG TRADING CO., LTD., YUEQING OUYUE FOREIGN TRADE CO., LTD., ZANE STORE, ZHENGZHOU BLACKWELL CLOTHING CO., LTD., ZHONGHAI2 STORE and ZXY1164 STORE,

*Defendants*

The Court, having terminated this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 25th day of September, 2026, at 4 p.m.

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE